[Nos. 68998-3-I; 67932-5-I.   Division One.   July 22, 2013.]

*In the Matter of the Personal Restraint of* ALAN MEIRHOFER, *Petitioner.*

*In the Matter of the Detention of* ALAN MEIRHOFER.

ALAN MEIRHOFER, *Petitioner*, v. THE STATE OF WASHINGTON, *Respondent.*

Motion for discretionary review from a judgment of the Superior Court for Whatcom County, No. 96-2-01119-0, together with a petition for relief from personal restraint. Motion *denied* and petition *denied* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 69040-0-I.   Division One.   July 22, 2013.]

*In the Matter of the Guardianship of* D.G.-S.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. DWAYNE FITZGERALD STELIVAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-7-02298-4, Patricia H. Clark, J., entered June 18, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Schindler, JJ.

[Nos. 69558-4-I; 69559-2-I.   Division One.   July 22, 2013.]

*In the Matter of the Dependency of* J.X.K. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. SHANA KALBERER-BOBO, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 12-7-01543-9, James A. Doerty, J., entered October 24, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Leach, C.J., and Cox, J.